UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BERNARD ISREAL LADSON, | ) CIVIL ACTION 4:11-2565-TER |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

On May 10, 2013, the Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412(d) in the amount of ($5115.00).[2] On May 20, 2013, Defendant filed a response stating that Defendant does not object to the amount of EAJA fees requested in the amount of $5,115.00 being awarded to the Plaintiff.

Therefore, it is

**ORDERED** that Plaintiff's motion for attorney's fees (doc. #24) is granted, and Plaintiff is awarded attorney fees pursuant to EAJA in the amount of $5,115.00 to be paid to the Plaintiff but

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] In the petition, Plaintiff requests the amount of "Five Thousand One Hundred Fifteen Dollars" but then writes ($5,445.00) in parentheses. Attached to the petition is a summary of the hours devoted to this case in the amount of thirty-one (31) court related hours at $165.00 per hour for a total of $5115.00. (Doc. #24-2). Therefore, the amount written in the parentheses appears to have been a typographical error.

delivered to Plaintiff's attorney.[3]

**IT IS SO ORDERED**.

|  |  |
|---|---|
| June 5 , 2013<br>Florence, South Carolina | s/Thomas E. Rogers, III<br>Thomas E. Rogers, III<br>United States Magistrate Judge |

---

[3] The parties agree that the awarded EAJA fees are to be paid to the Plaintiff but delivered to Plaintiff's attorney.

2